UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

**CASE NO. 13-CV-10095-JLK**

ENOS MITCHELL and ORA LEE MITCHELL,

    Plaintiff,

vs.

MONROE COUNTY, FLORIDA,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**THIS MATTER** comes before the Court upon Defendant Monroe County's Motion for Summary Judgment and Supporting Memorandum of Law (DE #29). This Motion has been fully briefed,[1] and the Court heard oral argument on this Motion on February 19, 2014 and took the matter under advisement. Subsequent to the oral argument held on this Motion, Plaintiffs sought to voluntarily dismiss this case on the basis that they now realize—after two years of litigation—that this case is not ripe because Plaintiffs have utterly failed to complete any of the administrative procedures required of them in order to ripen their taking claim.[2] The Court agrees, and therefore finds that Defendant's Motion for Summary Judgment should be granted, and that the Court should retain jurisdiction in order to fix any allowable fees and costs.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

---

[1] *See* Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment (DE #42); Defendant County's Reply in Support of Summary Judgment (DE #48).

[2] *See* Plaintiffs' Motion to Dismiss Entire Case and Memorandum of Law (DE #57), filed on March 2, 2014. "Plaintiffs have determined that it is in their best interest to dismiss the entire case in order to… ripen their taking claim."

1. Defendant Monroe County's Motion for Summary Judgment and Supporting Memorandum of Law **(DE #29)** be, and the same hereby is **GRANTED**, all pending Motions are hereby **DENIED AS MOOT**, the trial of this matter set for April 21, 2014 is hereby **CANCELLED**, and this case is hereby **DISMISSED WITH PREJUDICE**.[3]

2. The Court hereby retains jurisdiction in order to fix any allowable fees and costs; any Motion for any allowable fees and costs shall be filed within **20 days** of the entry of this Order, or **by April 28, 2014**; any Response in Opposition shall be filed within **10 days** after any such Motion, or **by May 8, 2014**; a Reply may be filed within **7 days** of the Response in Opposition, or **by May 15, 2014**.

**DONE AND ORDERED** in Chambers, Miami Dade County, Florida this 8th day of April, 2014.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
**All Counsel of Record**

---

[3] To be clear, the Court is only dismissing the instant action with prejudice. Nothing in this Order shall be construed as preventing Plaintiffs from completing the administrative procedures required of them, and Plaintiffs shall not be prevented by operation of this Order from pursuing any appropriate action against Defendant or any other appropriate party if ever such action becomes ripe.